IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19–27–BLG–DLC |
| Plaintiff, | |
| vs. | ORDER |
| MONWELL DWIGHT BOOTH, | |
| Defendant. | |

The Court entered judgment in this matter on October 30, 2019. It has come to the Court's attention that the written judgment omitted the page imposing monetary payments. As stated in open court, the Defendant is required to pay $100 special assessment fee.

Accordingly, IT IS ORDERED that a corrected judgment shall be prepared, pursuant to Federal Rule of Criminal Procedure Rule 36, to correct the clerical order.

DATED this 31st day of October, 2019.

Dana L. Christensen, Chief District Judge
United States District Court

1