IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

FILED

MAR 11 2020

Clerk, U.S. District Court
District Of Montana
Missoula

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MONWELL DWIGHT BOOTH,<br><br>Defendant. | CR 19-27-BLG-DLC<br><br>ORDER |

Before the Court is the Government's Motion for Issuance of a Preliminary Order of Forfeiture. (Doc. 58.) Pursuant to 18 U.S.C. § 924(d), the Government seeks the forfeiture of any property used or intended to be used to facilitate the violations alleged in the indictment, or as proceeds of such violations.

On June 13, 2019, the Defendant entered a guilty plea to the indictment, which charged him with felon in possession of a firearm and ammunition. The indictment contained a forfeiture allegation that stated that as a result of the offenses charged in the indictment, the defendant shall forfeit the following property:

- Glock (Importer: Glock, Inc.), model 19, 9 mm caliber semi-automatic pistol (serial number V AK612)

- Glock (Importer: Glock, Inc.), model 22, .40 caliber semi-automatic pistol (serial number TSF558); and

- Ruger, model AR-556, 5.56 mm caliber semi-automatic rifle (serial number 850-25323)

Because of this plea, the Government is now entitled to possession of the property, pursuant to 18 U.S.C. § 924(d), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure.

IT IS ORDERED:

1. That based upon the plea of guilty by the defendant to the indictment, the United States is authorized and ordered to seize the property described above. This property is forfeited to the United States for disposition in accordance with the law, subject to the provisions of 18 U.S.C. § 924(d).

2. That the aforementioned forfeited property is to be held by the United States in its secure custody and control.

3. That pursuant to 21 U.S.C. § 853(n)(1), the United States shall publish at least once for three successive weeks in a suitable means of general circulation notice of this order, notice of the United States' intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the defendant, having or claiming a legal interest in the above-listed forfeited property must file a petition with the Court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier. This notice shall state that the petition shall be for a hearing to adjudicate the validity of

the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought.

The United States may also, to the extent practical, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the preliminary order of forfeiture, as a substitute for published notice as to those persons so notified.

4. That upon adjudication of all third-party interests, this Court will enter a final order of forfeiture, pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

DATED this 11th day of March, 2020.

Dana L. Christensen, Chief Judge
United States District Court